# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| GARY ARMITAGE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-00209-O |
| § | |
| BNSF RAILWAY CO., § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

On July 6, 2021, the Court granted Defendant BNSF Railway Co.'s Motion for Summary Judgment (ECF No. 30). Mem. Op. & Order, ECF No. 36. It is therefore **ORDERED, ADJUDGED, and DECREED** that all claims brought by Plaintiff in this cause against Defendant are hereby **DISMISSED with prejudice**.

**SO ORDERED** on this **6th day** of **July, 2021.**

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE

- 1 -